UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
CHARLES ADAMS,

        Plaintiff,

        v.

THE CITY OF NEW YORK; NEW YORK CITY
POLICE COMMISSIONER WILLIAM J. BRATTON, in
his individual and official capacity; MAYOR BILL DE
BLASIO, in his individual and official capacity as Mayor
of the City of New York; NEW YORK CITY POLICE
OFFICERS BUTLER, RAGONE, PRINCE, and JOHN
DOE 1-10, in their individual capacities; LIEUTENANT
CONRAD, of Andrews International, in his individual
capacity; ANDREWS INTERNATIONAL; BEST BUY
CO., INC.; NICK THOMAS, of Best Buy Co., Inc., in his
individual capacity; and FIRST NEW YORK PARTNERS
MANAGEMENT, LLC,

        Defendants.
----------------------------------------------------------------X

**ORDER**
15-CV-5144 (WFK) (RER)

**WILLIAM F. KUNTZ, II, United States District Judge:**

IT IS HEREBY ORDERED that this Court accepts in whole the findings and recommendation of the Report and Recommendation issued by Magistrate Judge Ramon E. Reyes, Jr. on January 11, 2018.

**SO ORDERED.**

        s/WFK
        HON. WILLIAM F. KUNTZ, II
        UNITED STATES DISTRICT JUDGE

Dated: February 2, 2018
      Brooklyn, New York